**DISTRICT OF COLUMBIA, a Municipal Corporation, Appellant, v. UPLAND TERRACE, Inc., a corporation, Appellee.**

No. 1441.

Municipal Court of Appeals for the District of Columbia.

Argued March 1, 1954.

Decided March 24, 1954.

Harry L. Walker, Asst. Corporation Counsel, Washington, D. C., with whom Vernon E. West, Corporation Counsel, Chester H. Gray, Principal Asst. Corporation Counsel, and Milton D. Korman, Asst. Corporation Counsel, Washington, D. C., were on the brief, for appellant.

Harvey H. Holland, Jr., Washington, D. C., with whom James E. Artis, Washington, D. C., was on the brief, for appellee.

Before CAYTON, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

By stipulation of counsel the outcome of this case is to be governed by our decision in District of Columbia v. Greenway, Inc., D.C.Mun.App., 103 A.2d 872. For the reasons stated in our opinion filed in that case today, an affirmance must be made on this appeal.

Affirmed.